JAMES YOWELL v. STATE.

No. A-2354.   Opinion Filed June 2, 1917.

(165 Pac. 155.)

*Appeal from Superior Court, Oklahoma County;*

*E. D. Oldfield, Judge.*

James Yowell was convicted of assault and battery, and appeals. Affirmed.

C. H. Garnett, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error, James Yowell, was tried in the superior court of Oklahoma county on a charge of assault with intent to kill, and convicted of assault and battery, and his punishment fixed at a fine of $100 and costs.

A careful examination of the record and briefs discloses the fact that the plaintiff in error had a fair and impartial trial, and escaped with exceedingly light punishment. No prejudicial error is found.

The judgment is affirmed. Mandate ordered forthwith.